# BURSOR FISHER

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

JOSHUA D. ARISOHN
646.837.7142
Fax 212.989.9163
jarisohn@bursor.com

August 4, 2016

**By ECF:**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 04 2016

The Honorable Ronnie Abrams
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Holland v. Macy's Inc., et al.*, Case No. 16-cv-01772-RA (S.D.N.Y.)

Dear Judge Abrams:

The parties jointly submit this letter to address the Settlement Conference before Judge Peck currently scheduled for August 9, 2016. After consultation with Judge Peck, the parties believe that the Settlement Conference would not be fruitful at this time. Accordingly, the parties request that the Settlement Conference be postponed. Once some discovery has taken place, the parties will reconvene and discuss the most appropriate time for a mediation conference.

Very truly yours,

Dated: August 4, 2016

By:   */s/ Joshua D. Arisohn*
Joshua D. Arisohn

**BURSOR & FISHER, P.A.**
Scott A. Bursor
Joseph I. Marchese
Joshua D. Arisohn
888 Seventh Ave.
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: scott@bursor.com
         jmarchese@bursor.com
         jarisohn@bursor.com

*Attorneys for Plaintiff*

**SO ORDERED:**

HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
8/4/16

BURSOR & FISHER                                                                                    PAGE 2

Dated: August 4, 2016                          **STROOCK & STROOCK & LAVAN LLP**

                                               By: _____/s/ Ray Garcia_____
                                                         Ray Garcia

                                          Raymond A. Garcia (Bar No. 5294137)
                                          Stroock & Stroock & Lavan LLP
                                          180 Maiden Lane
                                          New York, New York 10038
                                          212-806-5400
                                          rgarcia@stroock.com

                                          *Attorneys for Defendants Macy's, Inc.,*
                                          *Department Stores National Bank and FDS*
                                          *Bank*

CC:    All counsel of record (via ECF)