## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

THEODORA HOLLAND, on behalf of
herself and all others similarly situated,

             Plaintiffs,

    v.

MACY'S INC., DEPARTMENT STORES
NATIONAL BANK, and FDS BANK,

             Defendants.

Civil Action No. 1:16-cv-01772-RA

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of this action with prejudice, and each side shall bear their own costs.

Dated:  April 12, 2017

FOR PLAINTIFF

Joshua D. Arisohn
BURSOR & FISHER, P.A.
888 Seventh Ave.
New York, NY  10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
Email: jarisohn@bursor.com

FOR DEFENDANTS

Marcos Sasso
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone:  (310) 556-5883
Facsimile: (310) 556-5959
Email: msasso@stroock.com